IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-567-RJC-DCK

| DOUG SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| HUNTER WARFIELD, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's attorney, Shireen Hormozdi, filed a "Notice Of Settlement" (Document No. 5) notifying the Court that the parties reached a settlement on October 26, 2017. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **November 27, 2017**.

**SO ORDERED**.

Signed: October 30, 2017

David C. Keesler
United States Magistrate Judge